GREGORY W. SMITH (SBN 134385)
DIANA WANG WELLS (SBN 284215)
LEILA K. AL FAIZ (SBN 284309)
LAW OFFICES OF GREGORY W. SMITH, LLP
9100 WILSHIRE BOULEVARD, SUITE 725E
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE: (310) 777-7894 * FAX (310) 777-7895

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CAREN CARL MANDOYAN,

Plaintiff(s),

v.

COUNTY OF LOS ANGELES,

Defendant(s).

CASE NUMBER

2:21-cv-01230 SVW (KSx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

February 26, 2021
Date

_____
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.